UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8125-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVAN BURGOS,

    Defendant.
_____/



### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $1,757,835.31, entered on October 4, 2001 and amended on November 8, 2003, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida this 2no day of Oct., 2006.

                                       DANIEL T.K. HURLEY
                                       UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
     Paul J. Donovan, USPO
     Ivan Burgos, Defendant